**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**THE UNITED STATES OF AMERICA,**

vs.                  CASE NO. 3:99-CR-0315-016 (DRD)

**ANTONIO MUÑIZ-TORRES**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION REQUESTING MODIFICATION**
**OF THE SUPERVISED RELEASE CONDITIONS**

**TO THE HONORABLE DANIEL R. DOMINGUEZ**
**UNITED STATES DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO:**

    **COMES NOW, Benjamín Bonilla-López, U.S. Probation Officer** of this Honorable Court, presenting an official report upon the conduct and attitude of supervisee, Antonio Muñiz-Torres, who was sentenced on July 23, 2001, to eighty(84) months of imprisonment and four (4) years of supervised release, after he plead guilty of violating 21 U.S.C. § 846. Among the special conditions, the offender was ordered to submit to urinalyses and to pay a $100.00 Special Monetary Assessment . Mr. Muñiz-Torres was released on December 26, 2005, at which time the supervision term began.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    During an interview conducted with the offender on September 30, 2006, this probation officer advised Mr. Muñiz-Torres that his conditions of supervision would be modified to include a search and seizure condition. The same was based on his criminal history as well as the fact the he admitted to having reverted to the use of cocaine, for which he has already been sent to treatment. Therefore, after explaining to him his rights to a hearing to modify his conditions of supervised release, he voluntarily waved such right and signed PROB Form 49 (enclosed).

    **WHEREFORE**, in view of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court modify Mr. Muñiz-Torres' conditions of supervised release to include that the defendant shall submit his person, residence, office, or vehicle to a search, conducted by a United States Probation Officer at a reasonable

time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

In San Juan, Puerto Rico, this 24th day of October 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Benjamin Bonilla
Benjamin Bonilla
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel.787-281-4982
Fax.787-766-5945
Benjamin_Bonilla@prp.uscourts.gov

CERTIFICATE OF SERVICE

I HEREBY certify that on October 24, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sonia I Torres, Assistant U.S. Attorney and Joseph Laws, Federal Public Defender.

In San Juan, Puerto Rico, this 24th day of October, 2006.

s/Benjamin Bonilla
Benjamin Bonilla
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel.787-281-4982
Fax.787-766-5945
Benjamin_Bonilla@prp.uscourts.gov