## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s)  UNITED STATES OF AMERICA                CRIM. NO.  99-315(DRD)
                    v.

Defendant(s) CARMEN NIEVES-ARCE AKA
              "CARMENCITA"

| MOTION | ORDER |
|---|---|
| Docket entry no. 1517.<br><br>Date: September 15, 2006.<br><br>TITLE: MOTION REQUESTING MODIFICATION OF THE SUPERVISED RELEASE CONDITIONS. | ❏ GRANTED.<br><br>❏ DENIED.<br><br>❏ MOOT.<br><br>❏ NOTED.<br><br>❏ The Government is granted _____ days to respond.<br><br>The U.S. Probation Officer, Desiree Reyes-Calderón, filed a motion requesting that defendant Carmen Nieves-Arce's supervised release conditions be modified to include urine screens and participation in a substance abuse program arranged and approved by the U.S. Probation Office until duly discharged and submit to urinalyses whenever required to do so. The defendant Carmen Nieves-Arce has voluntarily agreed to this modification and has signed Probation Form 49– Waiver of Hearing to Modify Conditions of Probation. The request for modification of supervision conditions is GRANTED. The defendant's conditions of supervised release are modified as stated herein. |

**IT IS SO ORDERED.**
Date: September 20, 2006                             s/Daniel R. Domínguez
                                                     **DANIEL R. DOMINGUEZ**
                                                     **U.S. DISTRICT JUDGE**