## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s)  UNITED STATES OF AMERICA

        v.

CRIM. NO.  99-315(DRD)

Defendant(s) ANTONIO MUÑIZ-TORRES

| MOTION | ORDER |
|---|---|
| Docket entry no. 1522.<br><br>Date: October 24, 2006.<br><br>TITLE: MOTION REQUESTING MODIFICATION OF THE SUPERVISED RELEASE CONDITIONS. | ❏ GRANTED.<br><br>❏ DENIED.<br><br>❏ MOOT.<br><br>❏ NOTED.<br><br>❏ The Government is granted _____ days to respond.<br><br>The U.S. Pretrial Services Officer, Benjamín Bonilla-López, filed a motion requesting modification of supervised release conditions to include a search and seizure condition as to defendant Antonio Muñiz-Torres. The defendant, Antonio Muñiz-Torres, has signed Probation Form 49- Waiver of Hearing to Modify Conditions of Supervised Release. The request for modification of supervision conditions is GRANTED as requested, to include a search and seizure condition as contained in Form 49. |

**IT IS SO ORDERED.**
Date: October 26, 2006.

s/Daniel R. Domínguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**