IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

      **vs.**                                  **CASE NO. 3: 99CR315-16 (DRD)**

**ANTONIO MUÑIZ-TORRES**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION NOTIFYING SUPERVISED RELEASE
VIOLATIONS AND REQUEST FOR A SUMMONS**

**TO THE HONORABLE DANIEL R. DOMINGUEZ,
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

      **COMES NOW, BENJAMIN BONILLA**, **UNITED STATES PROBATION OFFICER** of this Honorable Court, presenting an official report upon the conduct and attitude of the offender, Antonio Muñiz-Torres, who on July 23, 2001 was sentenced to an eighty-four (84) month imprisonment term after he pled guilty of violating Title 21 U.S. Code, § 846. A four (4) year supervised release term and a special monetary assessment in the amount of $100.00 (Paid) were also imposed. As a special condition, the offender was ordered to submit to urinalysis. The offender was released from custody on December 26, 2005, at which time his supervision term began.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AS FOLLOWS:**

      Since his release from custody, the offender has violated the following conditions of his supervised released term:

      **1. STANDARD CONDITION - "WHILE ON SUPERVISED RELEASE, THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME. THE DEFENDANT SHALL NOT ILLEGALLY POSSESS A CONTROL SUBSTANCE".**

On December 8, 2006, Mr. Muñiz-Torres was charged of violations to the Puerto Rico Domestic Violence Law Article 3.2- **Aggression against ex-marital partner** and Article 3.3- **Verbal aggression and threats against ex-marital partner**. On that same day he was released on a $6,000 bond. This case is still pending at the Superior Court, Aguadilla, Puerto Rico. Jury trial has been scheduled for September 20, 2007.

**WHEREFORE**, I declare under penalty of perjury that the forgoing is true and correct. In view of the aforementioned, and unless ruled otherwise, it is respectfully requested that a summons be issued so that he can appear before this Honorable Court and show cause why his supervised release term should not be revoked. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 6th day of July 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

S/ Benjamín Bonilla
Benjamín Bonilla
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room G-50
San Juan, PR 00918
(787) 281-4982
(787) 771-4063
Benjamin_Bonilla@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on July 6, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jose A. Ruiz, Assistant U.S. Attorney and to Miriam Ramos-Grateroles, Esq..

In San Juan, Puerto Rico, this 6th day of June 2007.

S/ Benjamín Bonilla
Benjamín Bonilla
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room G-50
San Juan, PR 00918
(787) 281-4982
(787) 771-4063
Benjamin_Bonilla@prp.uscourts.gov