IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    v.                                CR. NO. 99-CR315-16(DRD)

**ANTONIO MUÑIZ-TORRES**

* * * * * * * * * * * * * * * * * * * * * *

### ORDER

Upon petition of BENJAMIN BONILLA, U.S. PROBATION OFFICER of this Court, alleging that supervisee, Antonio Muñiz-Torres, has failed to comply with the conditions of his supervised release, it is ORDERED that Mr. Muñiz-Torres appear before this Court on _____ 2007 at _____, for a hearing to show cause, if there be any, why the supervised release term on the above-entitled case should not be revoked; thereupon, Mr. Muñiz-Torres be dealt with pursuant to law.

At this hearing, probationer will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding summons to Mr. Antonio Muñiz-Torres , and notify counsel for releasee and for the government with copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this     day of July 2007

_____
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**