IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiffs,<br><br>v.<br><br>[16] ANTONIO MUÑIZ-TORRES<br>Defendant. | CRIM: NO. 99-315-16 (DRD) |

ORDER TO SHOW CAUSE

Upon petition of Benjamin Bonilla, U.S. Probation Officer of this, alleging that supervisee, Antonio Muñiz-Torres, has failed to comply with his conditions of supervised release.

IT IS ORDERED that releasee appear before this Court on **August 24, 2007 at 10:30 a.m.** to Show Cause, if there be any reason why his supervised release term should not be revoked; thereupon the releasee to be dealt with pursuant to law.

At this hearing; releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel, in this case by Miriam Ramos Grateroles, Esq.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of July 2007.

S/ *DANIEL R. DOMÍNGUEZ*
DANIEL R. DOMÍNGUEZ
U.S. DISTRICT JUDGE