(/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ DISTRICT OF _____ PUERTO RICO

JDIS
AFO ☐   IN ☑
CIV ☑   OUT ☑
Item: ___

| UNITED STATES OF AMERICA<br>V.<br>Antonio Muniz-Torres<br>Res. Cuesta Vieja Edif. 12, Apt. 174<br>Aguadilla, PR 00603 | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   Cr. 99-315-16 (DRD) |
|---|---|

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>U.S. COURTHOUSE AND FEDERAL BUILDING<br>CARLOS CHARDON STREET,<br>HATO REY, PR<br>Before:   DANIEL R. DOMÍNGUEZ, U.S. DISTRICT JUDGE | Room<br>Courtroom # 3<br><br>Date and Time<br>August 24, 2007 at 10:30 a.m. |
|---|---|

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    X Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:
Violation of Supervised Release Condition.

DANIEL R. DOMÍNGUEZ, U.S. DISTRICT JUDGE
Name and Title of Issuing Officer

s/ *DANIEL R. DOMÍNGUEZ*
Signature of Issuing Officer

July 10, 2007
Date

COPY ☐
ORIGINAL ☑
SERVICE COPY ☐
USAO COPY ☐

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] Antonio Muñiz   Date Aug 21, 2007

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  8/21/07
                Date

Lesvia Maldonado, AUSA
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:
8.10.07: Unable to locate defendant. Left message.
8.21.07: I comunicated with def. via telephone. Def is awear of summon, date and location. Def spoke to USPO who informed him of summon.

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the District of Puerto Rico
By: _____  Deputy Clerk
Date: 7/10/07

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

AO83 (Rev. 10/03) Summons in a Criminal Case