IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>VS<br><br>ANTONIO MUÑIZ TORRES<br>DEFENDANT | Ccase No.  99 CR315 -16 9DRD) |

**MOTION REQUESTING LEAVE TO BE EXCUSED**

TO THE HONORABLE COURT:

　　Comes now defendant through the undersigned counsel and very respectfully PRAYS:

　　1. A hearing in the instant case has been set for November 9, 2007 for violation to supervised release.

　　2. Upon conferring this morning with U. S. Probation Officer Benjamin Bonilla, he has informed us that the criminal complaint filed in the state court against Mr. Muñiz Torres has been dismissed as informed by him by Mr Muñiz, however, he does not have at this time the documents in support of it.

　　3. The undersigned counsel has applied and has been confirmed for the CJA Federal Criminal Appellate Practice Writing Seminar that is scheduled for November 9, 2007.

　　4. In view that the charges against the defendant have been apparently dismissed, it is hereby requested that the undersigned be excused from appearing for the hearing. The undersigned has attempted to communicate with Mr. Muñiz, but the telephone he left has been disconnected.

　　In San Juan, Puerto Rico on November 5, 2007

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: U. S Attorney's Office, AUSA José A. Ruiz and Mr. Benajmáin Bonilla via fax (787)771-4063.

s/ Miriam Ramos Grateroles
USDC NO: 120303
Attorney for Defendant
**MIRIAM RAMOS GRATEROLES**
**LAW OFFICE**
PO Box 191352
San Juan, PR 00919-1352
Tel: (787) 296-2529
Fax: (787) 296-2528