IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

   vs.            **CASE NO. 3: 99CR315-16 (DRD)**

**ANTONIO MUÑIZ-TORRES**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO WITHDRAW
SUPERVISED RELEASE VIOLATIONS FILED ON JULY 6, 2007**

**TO THE HONORABLE DANIEL R. DOMINGUEZ,
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

  **COMES NOW, BENJAMIN BONILLA**, **UNITED STATES PROBATION OFFICER** of this Honorable Court, presenting an official report upon the conduct and attitude of the offender Antonio Muñiz-Torres, who on July 23, 2001 was sentenced to an eighty-four (84) months imprisonment term after he pled guilty of violating Title 21 U.S. Code, § 846. A four (4) year supervised release term and a special monetary assessment in the amount of $100.00 (Paid) were also imposed. As a special condition, the offender was ordered to submit to urinalysis. The offender was released from custody on December 26, 2005, at which time his supervision term began.

  **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AS FOLLOWS:**

  On July 6, 2007, a motion was filed notifying the Honorable Court that Mr. Muñiz-Torres had been charged of violations to the Commonwealth of Puerto Rico Domestic Violence Law, Article 3.2 & 3.3 - aggression, verbal aggression and threats against his former partner, at the Superior Court in Aguadilla, Puerto Rico. On that same day, the offender was released on a $6,000 bond. On October 31, 2007, a trial was held. Based on the evidence and witnesses presented the offender was found not guilty of the charges filed against him. Moreover, confidential

information received, from a reliable community source, indicates that the offender, had not been responsible for the aggression against his former wife.

**WHEREFORE**, I declare under penalty of perjury that the forgoing is true and correct. In view of the aforementioned, and unless ruled otherwise, it is respectfully requested that the Court withdraw the Motion Notifying Supervised Released Violation filed on July 6, 2007, under docket no. 1566; and allow the offender to continue serving the imposed supervised release term.

In San Juan, Puerto Rico, this 18th day of December 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


S/ Benjamín Bonilla
Benjamín Bonilla
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room G-50
San Juan, PR 00918
(787) 281-4982
(787) 771-4063
Benjamin_Bonilla@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on December 18, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jose A. Ruiz, Assistant U.S. Attorney and to Miriam Ramos-Grateroles, Esq.

In San Juan, Puerto Rico, this 18th day of December 2007.

S/ Benjamín Bonilla
Benjamín Bonilla
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room G-50
San Juan, PR 00918
(787) 281-4982
(787) 771-4063
Benjamin_Bonilla@prp.uscourts.gov
