ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR AGUADILLA
SALON 501

| EL PUEBLO DE PUERTO RICO | | CRIM. NUM A LE2007G0082 |
|---|---|---|
| VS. | POR: | |
| ANTONIO MUÑIZ TORRES BAJO FIANZA | | INFR. AL ART. 3.3 Y 3.2 LEY 54 |

## MINUTA

Señalados los casos para Juicio en su Fondo compareció el Lcdo. Edwin Sepúlveda Valentín en representación del acusado, quien estuvo presente. El Ministerio Público estuvo representado por el Fiscal Rufino Jiménez Cardona.

Las partes expresaron estar preparadas para el Juicio.

A preguntas del Tribunal, la defensa da por registrada una alegación de no culpable en los delitos imputados.

La prueba del Ministerio Público consistió en los testimonios de los siguientes:

- ❖ Yaxivia Feliciano Gerena
- ❖ Agte. Alex Matías

El licenciado Sepúlveda Valentín estipuló la capacidad del agente Matías.

La prueba de la defensa consistió en el testimonio del Sr. José Feliciano Gerena.

El Ministerio Público y la Defensa indicaron que completaron su prueba.

Una vez concluida el desfile de la prueba documental y testifical, las partes sometieron el caso.

**Por la prueba escuchada en el caso, el Tribunal absuelve al acusado en los casos A LE2007G0082 y el A LE2007G0083.**

La defensa, el Ministerio Público y el acusado quedaron notificados en corte abierta.

ALGUACIL: *MIGUEL VAZQUEZ CORTES*

JUEZ: *EDGAR DELGADO GARCÍA*

OPERAD. FTR: *AUDREY McCONNELL JIMÉNEZ*
TRANSCRITA: *1 DE NOVIEMBRE DE 2007*